**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ELISEO ARREOLA,

10              Plaintiff,                        No. C 12-03329 JSW

11        v.

12   DMG ASSET MANAGEMENT;                **ORDER**
     COUNTRYWIDE HOME LOANS dba BANK
13   OF AMERICA; FINANCIAL TITLE
     COMPANY; CHRISTINA BALANDRAN;
14   RECONTRUST COMPANY and
     MORTGAGE ELECTRONIC
15   REGISTRATION SYSTEMS, INC. (MERS),

16              Defendants.
                                              /
17

18        After reassignment of this matter to this Court, Defendants re-noticed their pending

19   motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and

20   12(b)(6) and set the hearing date for November 9, 2012 at 9:00 a.m.  Plaintiff's response to the

21   motion to dismiss shall be filed no later than October 19, 2012.  Defendants' reply shall be filed

22   no later than October 26, 2012.  Plaintiff, who is appearing *pro se*, is hereby admonished that

23   failure to respond timely to the pending motion to dismiss may result in dismissal of this action.

24        **IT IS SO ORDERED.**

25

26   Dated:  October 3, 2012                     _____

27                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELISEO ARREOLA,

          Plaintiff,

  v.

DMG ASSET MANAGEMENT et al,

          Defendant.

_____/

Case Number: CV12-03329 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eliseo Arreola
2060 Avignon Place
Half Moon Bay, CA 94019

Dated: October 3, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk