United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO ARREOLA, | |
| Plaintiff, | No. C 12-03329 JSW |
| v. | |
| DMG ASSET MANAGEMENT; COUNTRYWIDE HOME LOANS dba BANK OF AMERICA; FINANCIAL TITLE COMPANY; CHRISTINA BALANDRAN; RECONTRUST COMPANY and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), | **ORDER** |
| Defendants. | |

After reassignment of this matter to this Court, Defendants re-noticed their pending motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and set the hearing date for November 9, 2012 at 9:00 a.m. Plaintiff's response to the motion to dismiss shall be filed no later than October 19, 2012. Defendants' reply shall be filed no later than October 26, 2012. Plaintiff, who is appearing *pro se*, is hereby admonished that failure to respond timely to the pending motion to dismiss may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: October 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELISEO ARREOLA,

         Plaintiff,

  v.

DMG ASSET MANAGEMENT et al,

         Defendant.
                                                /

Case Number: CV12-03329 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eliseo Arreola
2060 Avignon Place
Half Moon Bay, CA 94019

Dated: October 3, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk