IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELISEO ARREOLA,

    Plaintiff,

v.

DMG ASSET MANAGEMENT; COUNTRYWIDE HOME LOANS dba BANK OF AMERICA; FINANCIAL TITLE COMPANY; CHRISTINA BALANDRAN; RECONTRUST COMPANY and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS),

    Defendants.

No. C 12-03329 JSW

**ORDER OF DISMISSAL**

After reassignment of this matter to this Court, on October 3, 2012, this Court issued an order indicating that Defendants had re-noticed their pending motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and set the hearing date for November 9, 2012 at 9:00 a.m. The Order indicated that Plaintiff's response to the motion to dismiss was due no later than October 19, 2012 and Defendants' reply was due no later than October 26, 2012. Plaintiff, who is appearing *pro se*, was explicitly admonished that failure to respond timely to the pending motion to dismiss may result in dismissal of this action.

The Court has received no response from Plaintiff. Accordingly, this matter is DISMISSED.

**IT IS SO ORDERED.**
Dated: October 26, 2012

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELISEO ARREOLA,

        Plaintiff,

  v.

DMG ASSET MANAGEMENT et al,

        Defendant.

Case Number: CV12-03329 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eliseo Arreola
2060 Avignon Place
Half Moon Bay, CA 94019

Dated: October 26, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk